**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **Osman Enrique Izaguirre, (03032-579),** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **Case No. 25 C 50025** |
| v. | ) | |
| | ) | **Hon. Rebecca R. Pallmeyer** |
| | ) | |
| **United States of America,** | ) | |
| | ) | |
| **Respondent.** | ) | |

### ORDER

The case is dismissed as a duplication of *Izaguirre v. Lammer*, No. 24 C 50524 (N.D. Ill.) (Pallmeyer, J.). Petitioner is advised that he should proceed under the No. 24 C 50524 case number. The Clerk shall close this case on the court's docket. Civil case terminated.

### STATEMENT

Petitioner Osman Enrique Izaguirre, an inmate at FCI Thomson, brings a *pro se* habeas corpus petition pursuant to 28 U.S.C. § 2241 alleging wrongful denial of good conduct credit he should otherwise be awarded under the First Step Act.

This is the second habeas corpus petition brought by Petitioner raising this claim. He previously brought this claim in *Izaguirre v. Lammer*, No. 24 C 50524 (N.D. Ill.) (Pallmeyer, J.). The No. 24 C 50524 case was submitted on December 13, 2024, and is now pending, awaiting payment of the filing fee. This case is a duplication of the No. 24 C 50524 case, and is dismissed for this reason. Petitioner is advised that he should proceed under the No. 24 C 50524 case number.

ENTER:

Date:  January 21, 2025

REBECCA R. PALLMEYER
United States District Judge